FILED
JAN 0 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8007

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Javier ACOSTA-Ochoa | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about January 07, 2008, within the Southern District of California, defendant Javier ACOSTA-Ochoa did knowingly and intentionally import approximately 52.16 kilograms (114.75 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 31, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

JOSE G. MORQUECHO
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8TH, DAY OF JANUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1 | UNITED STATES OF AMERICA

2 | v.

3 | Javier ACOSTA-Ochoa

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Jose G. Morquecho.

On January 07, 2008 at approximately 0819 hours, Javier ACOSTA-Ochoa entered the United States at the Andrade, California, Port of Entry. ACOSTA was the driver of 1992 Isuzu Rodeo.

ACOSTA gave Primary Officer Brown, a negative oral customs declaration. Officer Brown noted that ACOSTA appeared nervous while answering questions. Officer Brown referred ACOSTA and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, Officer Aguirre requested that Canine Enforcement Officer (CEO) Dahin screen the vehicle for contraband with his assigned Narcotic Detector Dog (NDD). CEO Dahin noted that his NDD alerted to the vehicle.

A subsequent inspection of the vehicle revealed 24 packages in the tires of the vehicle. Officer Dahin probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 24 packages had a combined net weight of approximately 52.16 kilograms (114.75 pounds).

ACOSTA was placed under arrest and advised of his Constitutional Rights, which he acknowledged. ACOSTA stated that he was the registered owner of the vehicle. ACOSTA asked Special Agent Hugo Leon what is the benefit of being truthful.

A document found in the vehicle shows that the vehicle is registered to ACOSTA.