

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAVIER ACOSTA-OCHOA,<br><br>  Defendant. | Criminal Case No. 08CR 275-H<br><br><u>I N F O R M A T I O N</u><br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about January 7, 2008, within the Southern District of California, defendant JAVIER ACOSTA-OCHOA, did knowingly and intentionally import approximately 46.94 kilograms (103.18 pounds) (net weight) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: <u>February 5, 2008</u>.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
FOR Assistant U.S. Attorney

WDK:psd:Imperial
2/5/08