

FILED

FEB 2 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No. **08CR0275-WQH** |
|---|---|---|
| Plaintiff, | ) ) | **CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED** |
| v. | ) ) | **STATES MAGISTRATE JUDGE** |
| **JAVIER ACOSTA-OCHOA** | ) ) | |
| Defendant. | ) ) ) | |

I have been advised by my attorney and by the United States
Magistrate Judge of my right to enter my plea in this case before
a United States District Judge.  I hereby declare my intention to
enter a plea of guilty in the above case, and I request and
consent to have my plea taken by a United States Magistrate Judge
pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

I understand that if my plea of guilty is taken by the
United States Magistrate Judge, and the Magistrate Judge
recommends that the plea be accepted, the assigned United States
District Judge will then decide whether to accept or reject any
plea agreement I may have with the United States and will
adjudicate guilt and impose sentence.

I further understand that any objections to the Magistrate

K:\COMMON\CSA\forms\2005\consents.wpd

1   Judge's findings and recommendation must be filed within 14 days

2   of the entry of my guilty plea.

3

4

5   Dated: _2/15/08_                    X _JAVIERA CASTRO_____
                                        Defendant
6

7

8

9   Dated: _2/15/08_                    _Sara Peloj_____
                                        Attorney for Defendant
10

11

12        The United States Attorney consents to have the plea in this

13   case taken by a United States Magistrate Judge pursuant to

14   Criminal Local Rule 11.2.

15

16

17   Dated: _2-21-08_                    _____
                                        Assistant United States Attorney
18

19

20

21

22

23

24

25

26

27

28